UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT J. SHERIDAN, et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § § | Case No. 4:22-CV-123-SDJ-CAN |
| TRANSAMERICA LIFE INSURANCE COMPANY, | | |
| Defendant. | | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Robert J. Sheridan and Salomeh P. Sheridan and Defendant Transamerica Life Insurance Company have reached a settlement of the matters in controversy between them and, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to a dismissal of this civil action and all claims asserted therein with prejudice, with attorneys' fees and costs taxed against the party incurring same.

Dated: October 11, 2022

Respectfully submitted,

| | |
|---|---|
| **WINSTEAD PC** | **KISH MANKTELOW & BAILEY, PC** |
| /s/ *Stephen R. Clarke* | /s/ *Brent William Bailey (by permission)* |
| Stephen R. Clarke | Brent William Bailey |
| State Bar No. 24069517 | State Bar No. 24006191 |
| sclarke@winstead.com | bbailey@kmblegalgroup.com |
| LaCrecia Perkins | |
| State Bar No. 24091574 | 2201 N. Central Expy., Suite 180 |
| lperkins@winstead.com | Richardson, Texas 75080 |
| | (214) 276-6820 phone |
| 500 Winstead Building | (214) 276-6821 fax |
| 2728 N. Harwood Street | |
| Dallas, Texas 75201 | **ATTORNEY FOR PLAINTIFFS** |
| (214) 745-5400 phone | **ROBERT J. SHERIDAN AND** |
| (214) 745-5390 fax | **SALOMEH P. SHERIDAN** |
| | |
| **ATTORNEYS FOR DEFENDANT** | |
| **TRANSAMERICA LIFE INSURANCE** | |
| **COMPANY** | |

2

## CERTIFICATE OF SERVICE

I certify that on October 11, 2022, I served a true and correct copy of this document upon the following counsel of record via CM/ECF:

Brent William Bailey
KISH MANKTELOW & BAILEY, PC
2201 N. Central Expressway, Suite 180
Richardson, Texas 75080

                                                       /s/ *Stephen R. Clarke*
                                                       Stephen R. Clarke